JON M. SANDS
Federal Public Defender
**RYAN MOORE**
Assistant Federal Public Defender
State Bar No. 023372
407 W. Congress St., Suite 501
Tucson, AZ 85701
Telephone: (520) 879-7500
*ryan_moore@fd.org*
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stephen Holmes, | No. 4:16-cv-00644-JGZ |
| Movant, | [4:12-cr-02410-JGZ-1] |
| vs. | **MOTION FOR VOLUNTARY DISMISSAL** |
| United States of America, | |
| Respondent. | **(Unopposed)** |

Movant, Stephen Holmes, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(2), moves for voluntary dismissal of the above-captioned action under 28 U.S.C. § 2255.

By his signature on the statement attached to this motion, Movant states that he has consulted with undersigned counsel and wishes to dismiss this action.

The United States, through Matthew Cassell, Assistant United States Attorney, does not oppose this request.

RESPECTFULLY SUBMITTED:  March 28, 2017

JON M. SANDS
Federal Public Defender

*s/ Ryan Moore*
J. RYAN MOORE
Assistant Federal Public Defender

*Copy of CM/ECF this date to:*
Matt Cassell, AUSA